The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12              UNITED STATES DISTRICT COURT
13       WESTERN DISTRICT OF WASHINGTON AT SEATTLE
14
15
16   ZENWORK, INC. f/k/a TECHATLANTIS,          NO.  2:16-cv-01325-RAJ
17   INC.,
18                                              DECLARATION OF ALAN
19                      Plaintiff,              BALASUNDARUM IN SUPPORT OF
20                                              MOTION FOR ORDER OF
21          v.                                  POSSESSION OR IN THE
22                                              ALTERNATIVE PRELIMINARY
23   AVALARA, INC.,                             INJUNCTION
24
25                      Defendant.
26
27
28   AVALARA, INC.,
29
30                      Counterclaim
31                      Plaintiff,
32
33   v.
34
35   ZENWORK, INC. f/k/a TECHATLANTIS,
36   INC. d/b/a EXAKTO.COM;
37   1099ONLINE.COM, TAX1099.COM; EZ2290;
38   EZIFTA; EZEXTENSION; and
39   FBARONLINE,
40
41                      Counterclaim
42                      Defendants.
43
44
45

BALASUNDARUM DECLARATION - 1                 GORDON TILDEN THOMAS & CORDELL LLP
No. 2:16-cv-01325-RAJ                              1001 Fourth Avenue, Suite 4000
                                                       Seattle, WA  98154
                                                     Phone (206) 467-6477
                                                       Fax (206) 467-6292

I, Alan Roy Balasundaram, declare as follows:

1.      I am Director of Engineering for Avalara.  I have personal knowledge of the facts set forth below and am competent to testify.

2.      TechAtlantis states that it does not maintain the AVA Data in the specific formats that Avalara1099 customers need to respond to IRS audits and make timely filings *etc*.  It appears that Avalara1099 database instead "creates" forms using stored data, on an as-needed basis in response to specific requests.  But Avalara is not insisting that TechAtlantis return the AVA Data in that format.  If it is true that TechAtlantis does not maintain the AVA Data in the format that those customers need, it can return it in its raw format with simple descriptions of each database field.  Tech Atlantis argues that the raw data would be "indecipherable" without its proprietary code, but if it returns the data in raw format with these field descriptions I am confident that Avalara can decipher it and use it to generate the forms and files that its customers require.

3.      Based on my experience and familiarity with database management, web development, and my experience exporting data from the Avalara1099 website, I estimate that it would take at most five days, or 40 hours, of work for Tech Atlantis to provide the data as a raw database export.

4.      Tech Atlantis' statement, that it would cost $150,000 in manpower to deliver the data in PDFs and other specific file formats, is not credible.  The data exists on the Avalara1099 system and that system is designed to generate PDFs and other specific files.  In light of Avalara's experience described in paragraph 5 below I would expect that the form generation

BALASUNDARUM DECLARATION - 2
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

process might involve some delays and require some troubleshooting, but nothing even close to Tech Atlantis' $150,000 "estimate."

5.      During the period that the Avalara1099 portal was reopened in October 2016, Avalara attempted to retrieve all of the AVA Data but was unable to do so.  This was because the Tech Atlantis Avalara1099 site did not provide a reasonable, documented process for Avalara to export all of its customers data. The process to export the data required an Avalara representative to login as each of its approximately hundreds of customers and to manually run a series of reports, downloading the results for each of those customer's clients. This process must be repeated to download all the customer's PDF Tax forms. To complicate matters, the Tech Atlantis Avalara1099 site would often become unresponsive, taking seconds or longer to respond to user interaction, and was often completely unavailable.

6.      Tech Atlantis claims it is prohibitively expensive to store customers' PDF forms in PDF format.  That is not true. Based on my experience and familiarity with pricing for third party web storage I estimate it would cost at most $230 per month to store all PDFs with a third-party storage provider like Amazon Web Services.  Also, contrary to Tech Atlantis' speculation, Avalara does store PDF forms for its other customers, further demonstrating that storage of these forms is not cost prohibitive.

7.      While Tech Atlantis argues that Avalara and customers would have used the portal to download all customer data, in fact Tech Atlantis provided no reasonable method and no instructions for such a downloading process.  As it was set up by Tech Atlantis, the process involves running a series of reports, and downloading PDFs.  For customers with large volumes of data, this process would involve manually downloading PDFs in batches, requiring the

BALASUNDARUM DECLARATION - 3
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

customer to keep track of where they were at in the process. When attempting to export

customers' data, the Avalara1099 service provided by Tech atlantis became unresponsive, taking

seconds or longer to respond to a single mouse click.  The download process created by Tech

Atlantis is akin to a bank giving all its customers 6 months to withdraw all their money, but only

providing them ATMs to do so and requiring them to adhere to daily withdrawal limits that make

it extremely difficult, and in some cases impossible, to retrieve their money within the designated

period.


I declare under penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct to the best of my knowledge.



Dated  January 6, 2017



Alan Roy Balasundaram


BALASUNDARUM DECLARATION - 4
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michelle Peterson
Michelle Peterson Law, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
michelle@michellepetersonlaw.com

Suzanne G. Clark
Clark Law Firm, PLLC
244 W. Dickson St., Suite 201
P.O. Box 4248
Fayetteville, AR 72702-4248
sclark@clark-firm.com

DATED this 6th day of January, 2017.

*s/ Jeffrey M. Thomas*
Jeffrey M. Thomas, WSBA #21175

BALASUNDARUM DECLARATION - 5
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292