The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ZENWORK, INC. f/k/a TECHATLANTIS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVALARA, INC., <br><br> Defendant. | NO. 2:16-cv-01325-RAJ <br><br> DECLARATION OF MICHAEL BROWN IN SUPPORT OF MOTION FOR ORDER OF POSSESSION OR IN THE ALTERNATIVE PRELIMINARY INJUNCTION |
| AVALARA, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> ZENWORK, INC. f/k/a TECHATLANTIS, INC. d/b/a EXAKTO.COM; 1099ONLINE.COM, TAX1099.COM; EZ2290; EZIFTA; EZEXTENSION; and FBARONLINE, <br><br> Counterclaim Defendants. | |

BROWN DECLARATION - 1
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

I, Michael Brown, declare as follows:

1. I am an attorney licensed to practice law in the State of Washington and counsel for Avalara in this case. I have personal knowledge of the facts set forth below and am competent to testify.

2. Attached as Exhibit A is a true and correct copy of an email from Suzanne Clark, counsel for Tech Atlantis, explaining that Tech Atlantis will not respond to any requests for customer tax filing information from December 31, 2016 through April 15, 2017.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated January 6, 2017

_____
Michael P. Brown

BROWN DECLARATION - 2
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michelle Peterson
Michelle Peterson Law, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
michelle@michellepetersonlaw.com

Suzanne G. Clark
Clark Law Firm, PLLC
244 W. Dickson St., Suite 201
P.O. Box 4248
Fayetteville, AR 72702-4248
sclark@clark-firm.com

DATED this 6th day of January, 2017.

　　　　　　　　　　　　　　　　　　*s/ Jeffrey M. Thomas*
　　　　　　　　　　　　　　　　　　Jeffrey M. Thomas, WSBA #21175

BROWN DECLARATION - 3
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

*Exhibit A*

# Cathy Swanson

**From:** Suzanne Clark <sclark@clark-firm.com>
**Sent:** Friday, December 30, 2016 6:58 AM
**To:** Michael Brown
**Cc:** Michelle Peterson
**Subject:** HRB quote

HI Michael,

This is just a reminder that my clients are standing firm on their position not to respond to Avalara/HRB requests during the tax season from Dec 31 through April 15th, regardless of a willingness to make payment. So if Avalara wants them to do the HRB work requested, payment will need to be made today.

Suzanne

Suzanne G. Clark
**CLARK LAW FIRM, PLLC**
244 West Dickson Street, Suite 201
P.O. Box 4248
Fayetteville, AR  72702-4248
Tel: 479-856-6380
Fax: 479-856-6381
sclark@clark-firm.com
www.clark-firm.com



**Confidentiality Notice**
This e-mail transmission and any documents or other attachments accompanying it contain confidential information that may be protected by the attorney-client privilege.  In the event that this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this e-mail transmission or any documents or other instruments may not have been produced by Clark Law Firm, PLLC.