The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ZENWORK, INC. f/k/a TECHATLANTIS, INC.,

    Plaintiff,

v.

AVALARA, INC.,

    Defendant.

AVALARA, INC.,

    Counterclaim Plaintiff,

v.

ZENWORK, INC. f/k/a TECHATLANTIS, INC. d/b/a EXAKTO.COM; 1099ONLINE.COM, TAX1099.COM; EZ2290; EZIFTA; EZEXTENSION; and FBARONLINE,

    Counterclaim Defendants.

NO. 2:16-cv-01325-RAJ

DECLARATION OF ROBERT WAITE IN SUPPORT OF MOTION FOR ORDER OF POSSESSION OR IN THE ALTERNATIVE PRELIMINARY INJUNCTION

WAITE DECLARATION - 1
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

I, Robert Waite, declare as follows:

1. I am Director of Business Development for Avalara. I have personal knowledge of the facts set forth below and am competent to testify.

2. I understand that Ed Pratt testified that Avalara and TechAtlantis contemplated that Avalara and Avalara1099 customers would download all of their tax filing data during the Wind-Down Period that followed termination of the Reseller Agreement. That is not correct. The parties contemplated that the data would be *available* via the Avalara1099 portal during the Wind-Down Period so that it could be accessed by Avalara and its customers *as needed* during that time. There was no need for Avalara or Avalara1099 customers to download all the data during that period because Section 10.4 of the Reseller Agreement explicitly required TechAtlantis to return all AVA Data to Avalara upon the expiration of the Wind-Down Period. Once the data was returned to Avalara, it would remain available to respond to any customer needs that arose thereafter.

3. Avalara needed the Wind-Down Period to find a new vendor to replace Tech Atlantis. Contrary to Tech Atlantis' contention, the parties did not choose six months based on the understanding that it would take that long to retrieve data from Avalara1099.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated January 6, 2017

*/s/ Robert N. Waite*

WAITE DECLARATION - 2
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Michelle Peterson
>Michelle Peterson Law, PLLC
>1420 Fifth Avenue, Suite 2200
>Seattle, WA 98101
>michelle@michellepetersonlaw.com
>
>Suzanne G. Clark
>Clark Law Firm, PLLC
>244 W. Dickson St., Suite 201
>P.O. Box 4248
>Fayetteville, AR 72702-4248
>sclark@clark-firm.com

DATED this 6th day of January, 2017.

*s/ Jeffrey M. Thomas*
Jeffrey M. Thomas, WSBA #21175

WAITE DECLARATION - 3
No. 2:16-cv-01325-RAJ

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292